JAMES D. BOYLE, ESQ. (Nevada Bar No. 08384)
E-mail: jboyle@nevadafirm.com
CHRISTOPHER M. WARBURTON, ESQ. (Nevada Bar No. 14296)
E-mail: cwarburton@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE PUZEY STEIN & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUNBURST SHUTTERS NEVADA, INC., a Nevada corporation<br><br>Plaintiff,<br><br>v.<br><br>BLACKJACK BLINDS, INC, a Nevada Corporation,<br><br>Defendant. | Case No.: 2:19-cv-00114-MMD-NJK<br><br>**STIPULATION MOTION TO EXTEND TIME TO FILE ANSWER OR RESPONSIVE PLEADING** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Plaintiff SUNBURST SHUTTERS NEVADA, INC. and Defendant BLACKJACK BLINDS, INC (collectively, the "Parties") hereby stipulate and agree as follows:

1. On January 20, 2019, the Plaintiff filed the Complaint. (ECF No. 1.)

2. The Defendants' deadline to respond to the Complaint is April 22, 2019.

3. The parties have substantially come to an agreement and are actively negotiating settlement of the case. If the parties reach a settlement, a response to the Complaint is unnecessary.

4. Therefore, the Parties stipulate and agree that the Defendant shall have until July 21, 2019 to file their response to the Complaint.

In view of the foregoing, good cause supports this stipulated Motion. The parties respectfully request that the Court grant this Motion and extend Defendant's deadline to file an Answer or responsive pleading to the Complaint to July 21, 2019.

Respectfully submitted,

| HOLLEY DRIGGS, WALCH FINE PUZEY STEIN & THOMPSON | HUTCHISON & STEFFEN, PLLC |
|---|---|
| /s/ James D. Boyle<br>James D. Boyle, Esq.<br>Nevada Bar No. 08384<br>Christopher M. Warburton, Esq.<br>Nevada Bar No. 14296<br>400 South Fourth Street, 3rd Floor<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant Blackjack Blinds, Inc* | /s/ Matthew K. Schriever<br>Matthew K. Schriever, Esq.<br>Nevada Bar No. 10745<br>Mark A. Hutchison<br>Nevada Bar No. 04639<br>10080 W. Alta Dr., Suite 200<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Plaintiff Sunburst Shutters Nevada, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 22, 2019

- 2 -